RECEIVED
FEB 16 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COREY ALLEN LANDMARK | DOCKET NO. 15-cv-2776; SEC. P |
| VERSUS | JUDGE DRELL |
| INDIGENT DEFENDER BOARD, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 16 day of February, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT